AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

John Doe, a/k/a "Junior", a/k/a Marcelo Balmes
1 Franklin Street, Apt. 302
Somerville, MA

## WARRANT FOR ARREST

CASE NUMBER: 04M-1061-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest "Junior", a/k/a Marcello Balmes
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
three counts of knowingly transfering false identification documents which appeared to be issued by or under the authority of the United States, knowing that such documents were produced without lawful authority

in violation of Title _____ United States Code, Section(s) 1028(a)(2)

JUDITH G. DEIN
Name of Issuing Officer

_Judith G. Dein_
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

3/29/04 Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF DEFENDANT ON 4/1/04 NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): _____

SOCIAL SECURITY NUMBER (last 4 digits only): _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____